UNITED STATES BANKRUPTCY COURT
DISTRICT OF CONNECTICUT
HARTFORD DIVISION

IN RE:

ANN MARIE ADAMS

: CHAPTER 7

: CASE NO. 15-21603

NOVEMBER 12, 2015

## OBJECTION TO MOTION TO DISMISS CASE and ~~TO CONTINUE CASE~~

Ann Marie Adams, Debtor, in the above captioned matter respectfully objects to trustee's motion to dismiss the case.

Debtor was ordered by the Court dated September 11, 2015 to appear in the above captioned hearing at 341 hearing at the Abraham Ribicoff Federal building, 450 Main Street, Hartford, CT on October 21, 2015.

Debtor did not appear because she was being held hostage in her home on said day and after for 10 days.

Debtor is scheduled to be in court on November 12, 2015 but is unable to attend hearing because she is a victim of a hate crime. She is, therefore, asking the court to continue the case until December 21, 2015.

Debtor has alerted the Dannel P. Malloy administration, the Hartford Police and others of this hate crime and other attempts to kill her because she is an investigative journalist.

Therefore, the Debtor respectfully asks the court to rule in her favor and continue the above captioned case.

By: _____

Ann Marie Adams, Pro Se
239 Old Farms Road, 15B
Avon, CT 06001
860-796-4957

## ORDER TO SUSTAIN OBJECTION AND CONTINUE PEITION OF ANN MARIE ADAMS

The foregoing Motion having been heard, it is hereby ORDERED that Debtor, Ann Marie Adams, not dismissed but continued until December 21, 2015.