UNITED STATES BANKRUPTCY COURT
DISTRICT OF CONNECTICUT
HARTFORD DIVISION

IN RE :                                          :        CHAPTER 7

ANN MARIE ADAMS                                  :        CASE NO. 15-21603

                                                          NOVEMBER 02, 2015

## OBJECTION TO MOTION TO RELIEF FROM AUTOMATIC STAY

Ann Marie Adams, Debtor, in the above captioned matter respectfully objects to

Movant's motion for relief from automatic stay.

Wells Fargo Bank, N.A. DBA America's Servicing Company Services, the loan on the

Property referenced this Motion. Also, this case is not eligible to be lifted because, as Movant

pointed out, Debtor filed for bankruptcy on September 11, 2015 at United States Bankruptcy

Court at 450 Main Street, Hartford, Connecticut. The bankruptcy filing document was filed on

the same day at Hartford Superior Court, 95 Washington Street.

The estimated market value of the Property is $136,000. The movant illegally devalued

the property because the Debtor is Black and Hispanic. Additionally, the Debtor's home is

estimated at $136,000 and the condo has adequate equity cushion in the Property and the

property is necessary for an effective reorganization.

Payment is not being made because Debtor is hoping to get a fair approach to make

payment arrangements through mediation and/or Bankruptcy Court. Debtor was illegally denied

the opportunity for mediation.

Debtor is not obligated with respect to certain promissory note in the original principal amount of $96,000. 00 (Note).  U.S. BANK NATIONAL ASSOCIATION, AS TRUSTEE FOR CREDIT SUISSE FIRST BOSTON MORTGGE SECURITIES CORP, HOME EQUITY SSET TRUST 2006-8, HOME EQUITY PASS-THROUGH CERTIFICATES, SERIES 2006-8 is unable to find the promissory note, which illustrates the scope of the Movant's Predatory Lending and Unfair Debt Collection Practices.

Moreover, the more than overzealous approach to this Bankruptcy case should be noted and compared to other best practices under FERPA and Connecticut's Foreclosure Laws. For example, the movant on October 13, 2015 filed a motion to dismiss the Bankruptcy case and a proposed order for October 23, 2015, the day after the Court scheduled its first hearing.

WHEREFORE, Movant prays that this Court rejects an Order terminating or modifying the stay or be allowed to discuss with Movant a forbearance agreement, loan modification, refinance agreement, or other loan workout/loss mitigation agreement.

By:_____

Ann Marie Adams, Pro Se
239 Old Farms Road, 15B
Avon, CT 06001
860-796-4957

B1 (Official Form 1) (04/13)

| UNITED STATES BANKRUPTCY COURT **District of Connecticut** | **VOLUNTARY PETITION** |
|---|---|

| | |
|---|---|
| Name of Debtor (if individual, enter Last, First, Middle): <br> **Adams Ann Marie** | Name of Joint Debtor (Spouse) (Last, First, Middle): <br> n/a |
| All Other Names used by the Debtor in the last 8 years (include married, maiden, and trade names): <br> Ann-Marie Adams | All Other Names used by the Joint Debtor in the last 8 years (include married, maiden, and trade names): <br> n/a |
| Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN)/Complete EIN (if more than one, state all): <br> 8079 | Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN)/Complete EIN (if more than one, state all): <br> n/a |
| Street Address of Debtor (No. and Street, City, and State): <br> 239 Old Farms Road, 15B, Avon, CT <br> ZIP CODE 06001 | Street Address of Joint Debtor (No. and Street, City, and State): <br> n/a <br> ZIP CODE |
| County of Residence or of the Principal Place of Business: <br> U.S.A | County of Residence or of the Principal Place of Business: <br> n/a |
| Mailing Address of Debtor (if different from street address): <br> n/a | Mailing Address of Joint Debtor (if different from street address): <br> n/a |
| Location of Principal Assets of Business Debtor (if different from street address above): <br> n/a <br> ZIP CODE 06001 | ZIP CODE |

| Type of Debtor (Form of Organization) (Check one box.) | Nature of Business (Check one box.) | Chapter of Bankruptcy Code Under Which the Petition is Filed (Check one box.) |
|---|---|---|
| ☑ Individual (includes Joint Debtors) *See Exhibit D on page 2 of this form.* <br> ☐ Corporation (includes LLC and LLP) <br> ☐ Partnership <br> ☐ Other (If debtor is not one of the above entities, check this box and state type of entity below.) | ☐ Health Care Business <br> ☐ Single Asset Real Estate as defined in 11 U.S.C. § 101(51B) <br> ☐ Railroad <br> ☐ Stockbroker <br> ☐ Commodity Broker <br> ☐ Clearing Bank <br> ☐ Other | ☒ Chapter 7   ☐ Chapter 15 Petition for Recognition of a Foreign Main Proceeding <br> ☐ Chapter 9 <br> ☐ Chapter 11 <br> ☐ Chapter 12   ☐ Chapter 15 Petition for Recognition of a Foreign Nonmain Proceeding <br> ☐ Chapter 13 |

| Chapter 15 Debtors <br> Country of debtor's center of main interests: <br><br> Each country in which a foreign proceeding by, regarding, or against debtor is pending: | Tax-Exempt Entity (Check box, if applicable.) <br><br> ☐ Debtor is a tax-exempt organization under title 26 of the United States Code (the Internal Revenue Code). | Nature of Debts (Check one box.) <br> ☒ Debts are primarily consumer debts, defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose."   ☐ Debts are primarily business debts. |
|---|---|---|

| Filing Fee (Check one box.) | Chapter 11 Debtors |
|---|---|
| ☐ Full Filing Fee attached. <br><br> ☒ Filing Fee to be paid in installments (applicable to individuals only). Must attach signed application for the court's consideration certifying that the debtor is unable to pay fee except in installments. Rule 1006(b). See Official Form 3A. <br><br> ☒ Filing Fee waiver requested (applicable to chapter 7 individuals only). Must attach signed application for the court's consideration. See Official Form 3B. | Check one box: <br> ☐ Debtor is a small business debtor as defined in 11 U.S.C. § 101(51D). <br> ☐ Debtor is not a small business debtor as defined in 11 U.S.C. § 101(51D). <br><br> Check if: <br> ☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,490,925 (*amount subject to adjustment on 4/01/16 and every three years thereafter*). <br> - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - <br> Check all applicable boxes: <br> ☐ A plan is being filed with this petition. <br> ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b). |

| Statistical/Administrative Information | THIS SPACE IS FOR COURT USE ONLY |
|---|---|
| ☐ Debtor estimates that funds will be available for distribution to unsecured creditors. <br> ☑ Debtor estimates that, after any exempt property is excluded and administrative expenses paid, there will be no funds available for distribution to unsecured creditors. | |

Estimated Number of Creditors

| ☑ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|---|
| 1-49 | 50-99 | 100-199 | 200-999 | 1,000-5,000 | 5,001-10,000 | 10,001-25,000 | 25,001-50,000 | 50,001-100,000 | Over 100,000 |

Estimated Assets

| ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☑ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|---|
| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |

Estimated Liabilities

| ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☑ | ☐ |
|---|---|---|---|---|---|---|---|---|---|
| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |

FILED 2015 SEP 11 PM 12:28 HARTFORD CONNECTICUT

Avon, CT                    0 SAVED ▼                                                                              Sign In

Save

## Find out what your home is wort

Next | Sold > CT > Avon > 06001 > 239 Old Farms Rd #15B



$36,000

Refinance your home    |

**Angie Glanville**
(860) 920-5714  ★★★★★ (15)
7 Recent Sales
PREMIER AGENT

**Bonnie And Melinda**
(860) 924-7581  ★★★★★ (39)
19 Recent Sales
PREMIER AGENT

**Lisa - Ogren Group Interational**
(860) 541-5497  ★★★★★ (22)
40 Recent Sales
PREMIER AGENT

Your Name

Phone

Email

I am interested in 239 Old Farms Rd #15B, Avon, CT 06001.

Request Info

By sending, you agree to Trulia's Terms of Use & Privacy Policy.



PUBLIC RECORD

# 239 Old Farm

Avon, CT  06001  ⊙ See

- Condo
- 2 Bedrooms
- 1 full, 1 partial Bathro
- 900 sqft
- Built in 1971
- ✎ Edit Home Facts

100+ Rentals in this Are

Wonder what people do at home when no one's watching? Watch

## Property Details for 239 Old Farms Rd #15B

Description provided by Trulia
**239 Old Farms Rd #15B** This is a Condo located at 239 Old Farms Road #15B, Avon CT. 239 Old Farms Rd #15B has 2 beds, 1 ½ bath, and approximately 900 square feet. The property was built in 1971. 239 Old Farms Rd #15B is in the 06001 ZIP code in Avon, CT. The average list price for ZIP code 06001 is $463,379.

## Public Records for 239 Old Farms Rd #15B

Official property, sales, and tax information from county (public) records as of 11/2014:

- Condominium (Residential)
- 1 Partial Bathroom
- Stories: 2 story with basement
- Parking Spaces: 1
- 4 Rooms
- Basement: Full Basement

- 2 Bedrooms
- 900 sqft
- Heating: Electric
- Exterior Walls: Wood Siding
- 1 Building
- Subdivision: TOWPATH

- 1 Bathroom
- Built In 1971
- Parking: Underground/Basement
- Roof: Asphalt
- Construction: Concrete
- County: Hartford

See your 2015 Credit Score from Equifax



d-thinking
y care
is coming to
Farmington.

Reserve with deposit today

THE LANDING OF FARMINGTON
An Atria Senior Living Residence



Get Pre-Approved on Trulia

Get pre approved in minutes and
prove you're ready to buy.

Get Pre-Approved